# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> RILEY RECYCLING, Inc. a corporation; PAUL H. SWEENEY, SR, an individual; SUSAN E. SWEENEY, an individual. <br><br> Defendants. | Case No. 3:15-cv-00954-AJB-DHB <br><br> **ORDER ENTERING CONSENT DECREE** <br><br> **[Docket No. 9]** |

This matter came before the Honorable Anthony J. Battaglia, and upon review of Plaintiff Coastal Environmental Rights Foundation's Notice of Completion of Review Period and Request for Entry of Consent Decree, the Court approves the Consent Decree and orders as follows:

    1.    The Consent Decree executed by Plaintiff Coastal Environmental Rights Foundation and Defendants Riley Recycling, Inc., Paul H. Sweeney, Sr, and Susan E. Sweeney (collectively "the Parties") is hereby approved and entered in this action.

    2.    The Plaintiff's claims in this action are hereby dismissed with prejudice; and

3. The Court hereby retains jurisdiction over the Parties with respect to disputes arising under the Consent Decree. The Court's jurisdiction shall end upon the termination of the Consent Decree in accordance with the provisions of paragraphs 23-24 of the Consent Decree.

**IT IS SO ORDERED:**

Dated: August 21, 2015

_____
Hon. Anthony J. Battaglia
United States District Judge